Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | LaserCycle, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-4281742 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14849 W 95th St<br>Lenexa, KS 66215 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Johnson | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 11, 2025
                      _____
                      MM / DD / YYYY

**X** /s/ Rick Krska
_____          Rick Krska
Signature of authorized representative of debtor          _____
                                                                              Printed name

Title    CEO
            _____

**18. Signature of attorney**

**X** /s/ Colin Gotham                                          Date    August 11, 2025
_____                              _____
Signature of attorney for debtor                                            MM / DD / YYYY

Colin Gotham KS#19538; MO#52343
_____
Printed name

Evans & Mullinix, P.A.
_____
Firm name

7225 Renner Road, Suite 200
Shawnee, KS 66217
_____
Number, Street, City, State & ZIP Code

Contact phone    (913) 962-8700          Email address    cgotham@emlawkc.com
                      _____                              _____

KS#19538; MO#52343 KS
_____
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

| | |
|---|---|
| Debtor name | LaserCycle, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| TD Synnex Corporation 5845 Collections Center Dr Chicago, IL 60693 | | Business debt | | | | $56,848.68 |
| Byzfunder NY LLC 530 7th Ave Floor M1 New York, NY 10018 | | Business debt | | | | $52,244.48 |
| Accelerent KC, LC 19309 Winneade Dr, Suite 321 Leesburg, VA 20176 | | Trade Debt | Contingent Unliquidated Disputed | | | $50,245.00 |
| Distribution Management PO Box 958381 Saint Louis, MO 63195-8381 | | Trade Debt | | | | $48,054.08 |
| LG Funding 1218 Union Street Brooklyn, NY 11225 | | Business debt | | | | $44,321.82 |
| American Express PO Box 981540 El Paso, TX 79998-1540 | | Credit Card Purchases Used for Business | | | | $43,169.59 |
| Arlington Industries PO Box 601029 Charlotte, NC 28260-1029 | | Trade Debt | | | | $9,234.88 |
| Access Control Devices, Inc. 403 N Main St Benton, AR 72015 | | Trade Debt | | | | $8,017.20 |
| Laser Pros International PO Box 854 Rhinelander, WI 54501-0854 | | Trade Debt | | | | $4,048.73 |

| Debtor | LaserCycle, Inc. | | Case number *(if known)* | |
|--------|------------------|--|--------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Johnson Controls Secutity Solutions LLC PO Box 371967 Pittsburgh, PA 15250-7967 | | Trade Debt | | | | $2,538.54 |
| The Travelers Insurance Company CL Temittance Center PO Box 660317 Dallas, TX 75266-0317 | | Services Provided | | | | $1,669.00 |
| Shore Tire Co, Inc. (Telle Tire & Auto) 9300 Marshall Drive Lenexa, KS 66215 | | Services Provided | | | | $1,370.90 |
| The Jath Group, Inc DBA Jan-Pro Cleaning PO Box 9258 Mission, KS 66201 | | Services Provided | | | | $750.00 |
| AT&T PO Box 6463 Carol Stream, IL 60197 | | Utility Service | | | | $389.51 |
| Genesis Technologies PO Box 1144 Bedford Park, IL 60499 | | Trade Debt | | | | $240.00 |
| Brother International Corporation PO Box 120456 - Dept 0456 Dallas, TX 75312 | | Trade Debt | | | | $3.48 |
| Community National Bank 11120 W 135th St Overland Park, KS 66221 | | 1st Blanket Lien - All Equipment and Business Assets | | $151,886.69 | Unknown | Unknown |
| Idea Financial 800 North West 62nd Ave Miami, FL 33126 | | 3rd Blanket Lien - All Equipment and Business Assets | | $92,002.33 | Unknown | Unknown |
| Small Business Adminstration PO Box 3918 Portland, OR 97208-3919 | | 2nd Blanket Lien - All Equipment and Business Assets | | $1,499,430.60 | Unknown | Unknown |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor name      LaserCycle, Inc.

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)   _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.      **Cash on hand** | $3.48 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  Community National Bank | Checking Account | 7241 | $16,000.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

      | $16,003.48 |
      | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☒ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☒ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:     54,793.86     –     0.00   = ....     $54,793.86
_____                _____
face amount                              doubtful or uncollectible accounts

11b. Over 90 days old:     7,159.22     –     0.00   = ....     $7,159.22
_____                _____
face amount                              doubtful or uncollectible accounts

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     $61,953.08

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** | | | | |
| **20.    Work in progress** | | | | |
| **21.    Finished goods, including goods held for resale**<br>Finished goods | | $0.00 | | $51,821.36 |
| **22.    Other inventory or supplies** | | | | |

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.     $51,821.36

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Software | $0.00 | | $4,711.87 |
| IFS Software & consulting | $0.00 | | $7,300.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| | $12,011.87 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2022 Dodge Ram Promaster | Unknown | | $36,564.65 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Office & shop equipment | $0.00 | | $5,278.99 |

51. **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.

   | $41,843.64 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Patents & Trademarks | $0.00 | | $1.00 |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | $1.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  LaserCycle, Inc.                                    Case number *(If known)* _____
        Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $16,003.48 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $61,953.08 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $51,821.36 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,011.87 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $41,843.64 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $183,634.43 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $183,634.43 |

Debtor name    LaserCycle, Inc.

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A** <br> Amount of claim <br> Do not deduct the value of collateral. | **Column B** <br> Value of collateral that supports this claim |
|---|---|---|

**2.1** Community National Bank
Creditor's Name

11120 W 135th St
Overland Park, KS 66221
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
6/2/2023

**Last 4 digits of account number**
9015

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
1st Blanket Lien - All Equipment and Business Assets

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $151,886.69    Column B: Unknown

**2.2** Idea Financial
Creditor's Name

800 North West 62nd Ave
Miami, FL 33126
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
1/31/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
3rd Blanket Lien - All Equipment and Business Assets

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: $92,002.33    Column B: Unknown

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | Silver Lake Bank | | $4,737.50 | $36,564.65 |
|---|---|---|---|---|

**2.3** Silver Lake Bank
Creditor's Name

7206 College Blvd
Overland Park, KS 66210
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
12/05/2022

**Last 4 digits of account number**
9094

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2022 Dodge Ram Promaster

_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | Small Business Admistration | | $1,499,430.60 | Unknown |
|---|---|---|---|---|

**2.4** Small Business
Admistration
Creditor's Name

PO Box 3918
Portland, OR 97208-3919
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
7/31/2022

**Last 4 digits of account number**
8110

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2nd Blanket Lien -  All Equipment and Business Assets

_____

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $1,748,057.12 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | LaserCycle, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Debtor name   LaserCycle, Inc.

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Accelerent KC, LC<br>19309 Winneade Dr, Suite 321<br>Leesburg, VA 20176<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $50,245.00 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Access Control Devices, Inc.<br>403 N Main St<br>Benton, AR 72015<br><br>**Date(s) debt was incurred** 9/20/2024<br>**Last 4 digits of account number** 2508 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $8,017.20 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>American Express<br>PO Box 981540<br>El Paso, TX 79998-1540<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Credit Card Purchases Used for Business<br><br>Is the claim subject to offset? ■ No ☐ Yes | $43,169.59 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Arlington Industries<br>PO Box 601029<br>Charlotte, NC 28260-1029<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 2062 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $9,234.88 |

| Debtor | LaserCycle, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
AT&T
PO Box 6463
Carol Stream, IL 60197

**Date(s) debt was incurred** 7/9/2025
**Last 4 digits of account number** 5999

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Service

Is the claim subject to offset? ■ No ☐ Yes

$389.51

---

**3.6** | Nonpriority creditor's name and mailing address
Brother International Corporation
PO Box 120456 - Dept 0456
Dallas, TX 75312

**Date(s) debt was incurred** 7/30/2025
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$3.48

---

**3.7** | Nonpriority creditor's name and mailing address
Byzfunder NY LLC
530 7th Ave Floor M1
New York, NY 10018

**Date(s) debt was incurred** 4/2/2025
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business debt

Is the claim subject to offset? ☐ No ☐ Yes

$52,244.48

---

**3.8** | Nonpriority creditor's name and mailing address
Distribution Management
PO Box 958381
Saint Louis, MO 63195-8381

**Date(s) debt was incurred** _
**Last 4 digits of account number** 2573

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$48,054.08

---

**3.9** | Nonpriority creditor's name and mailing address
Genesis Technologies
PO Box 1144
Bedford Park, IL 60499

**Date(s) debt was incurred** 6/13/2025
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$240.00

---

**3.10** | Nonpriority creditor's name and mailing address
Johnson Controls Secutity Solutions LLC
PO Box 371967
Pittsburgh, PA 15250-7967

**Date(s) debt was incurred** 6/16/2025
**Last 4 digits of account number** 4718

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,538.54

---

**3.11** | Nonpriority creditor's name and mailing address
Laser Pros International
PO Box 854
Rhinelander, WI 54501-0854

**Date(s) debt was incurred** _
**Last 4 digits of account number** 2101

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$4,048.73

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,321.82 |

**3.12** Nonpriority creditor's name and mailing address
LG Funding
1218 Union Street
Brooklyn, NY 11225

**Date(s) debt was incurred** 6/11/2025

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business debt

Is the claim subject to offset? ■ No ☐ Yes

$44,321.82

---

**3.13** Nonpriority creditor's name and mailing address
Shore Tire Co, Inc. (Telle Tire & Auto)
9300 Marshall Drive
Lenexa, KS 66215

**Date(s) debt was incurred** 7/12/2025

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

$1,370.90

---

**3.14** Nonpriority creditor's name and mailing address
TD Synnex Corporation
5845 Collections Center Dr
Chicago, IL 60693

**Date(s) debt was incurred** _

**Last 4 digits of account number** 7420

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business debt

Is the claim subject to offset? ■ No ☐ Yes

$56,848.68

---

**3.15** Nonpriority creditor's name and mailing address
The Jath Group, Inc DBA Jan-Pro Cleaning
PO Box 9258
Mission, KS 66201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

$750.00

---

**3.16** Nonpriority creditor's name and mailing address
The Travelers Insurance Company
CL Temittance Center
PO Box 660317
Dallas, TX 75266-0317

**Date(s) debt was incurred** 7/14/2025

**Last 4 digits of account number** 8018

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

$1,669.00

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 323,145.89 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 323,145.89 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1.** State what the contract or lease is for and the nature of the debtor's interest    Tax Software

       State the term remaining

       List the contract number of any government contract

Avalara
255 S King St, Suite 1800
Seattle, WA 98104

**2.2.** State what the contract or lease is for and the nature of the debtor's interest    Software

       State the term remaining

       List the contract number of any government contract

ECI Software Solutions, Inc.
POBox 737466
Dallas, TX 75373-7466

**2.3.** State what the contract or lease is for and the nature of the debtor's interest    Lease of business location

       State the term remaining

       List the contract number of any government contract

HBM Kansas Industrial No. 1
4520 Main St #1000
Kansas City, MO 64111

**2.4.** State what the contract or lease is for and the nature of the debtor's interest    Software

       State the term remaining

       List the contract number of any government contract

Supplier Solutions, Inc.
PO Box 4928
Manassas, VA 20108

**Fill in this information to identify the case:**

Debtor name    LaserCycle, Inc.

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Rick Krska | 12555 South Gardner Road Olathe, KS 66061 | Community National Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.2 | Rick Krska | 12555 South Gardner Road Olathe, KS 66061 | Idea Financial | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.3 | Rick Krska | 12555 South Gardner Road Olathe, KS 66061 | Small Business Adminstration | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |

Fill in this information to identify the case:

Debtor name    LaserCycle, Inc.

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $     0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................ $     183,634.43

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................. $     183,634.43

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $     1,748,057.12

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     323,145.89

4.   **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b
       $     2,071,203.01

Fill in this information to identify the case:

Debtor name    LaserCycle, Inc.

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 11, 2025     **X** /s/ Rick Krska
_____
Signature of individual signing on behalf of debtor

Rick Krska
_____
Printed name

CEO
_____
Position or relationship to debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE: )
)
LASERCYCLE, INC., ) Case No.
) Chapter 11
_____ DEBTOR. )

### DEBTOR'S DECLARATION UNDER PENALTY OF PERJURY AND NOTICE OF COMPLIANCE WITH FED. R. BANKR. P. 1116 AND LOCAL RULE 1007.1

Comes now the Debtor, LaserCycle, Inc., and hereby makes the following statements and declarations under penalty of perjury regarding the following documents required by Fed. R. Bankr. P. 1116 and Local Rule 1007.1:

1. A Corporate Resolution Statement is attached hereto.

2. A Balance Sheet as of August 7, 2025 attached hereto.

3. A Statement of Operations has not been prepared.

4. The Cash Flow Statement has not been prepared.

5. The 2024 Federal Income Tax Returns are attached hereto.

LaserCycle, Inc.

_____

By: Rick Krska
CEO

**RESOLUTIONS BY**
**THE MEMBERS/SHAREHOLDERS OF**
**LASERCYCLE, INC.**

At a meeting of all of the Members/Shareholders of LaserCycle, Inc., duly held at the office of said Company/Corporation on the 11th day of August 2025, the following Resolutions were adopted.

RESOLVED: that LaserCycle, Inc. will file a Chapter 11Bankruptcy Proceeding in the United States Bankruptcy Court for the District of Kansas, and that Evans & Mullinix, P.A. will be the attorneys LaserCycle, Inc. in this bankruptcy proceeding; and

RESOLVED: that Rick Krska, CEO of LaserCycle, Inc., is hereby authorized and instructed to sign all of the appropriate documents and take such action as is necessary and required of LaserCycle, Inc. to comply with the local rules of court and the statutory requirements as set forth in the Bankruptcy Code and Local Bankruptcy Rules.

Notice of the time and place of said meeting is hereby waived by the Members/Shareholders.

By: Rick Krska
CEO

STATE OF KANSAS )
) ss:
COUNTY OF JOHNSON )

Rick Krska, being duly sworn, says that he/she is the CEO of LaserCycle, Inc., a corporation/company of the State of Kansas, authorized to do business in the State of Kansas and that the foregoing is a true and correct copy of the Resolutions adopted by said Company/Corporation on the 11th day of August 2025.

By: Rick Krska, CEO
LaserCycle, Inc.

Subscribed and sworn to before me this 11th day of August 2025.

Notary Public

SHELBI HINDS
My Appt. Exp. 9/15/25

# Balance Sheet

## LaserCycle, Inc.

## Assets

### Current Assets

#### Cash

| | | | |
|---|---|---:|---:|
| 101008 | Cash in bank - operating CNB | $10,130.11 | |
| 101015 | Petty cash - LaserCycle | $3.48 | |
| | | | $10,133.59 |

#### Accounts Receivable

| | | | |
|---|---|---:|---:|
| 101020 | Accounts receivable - trade | $80,801.01 | |
| 101100 | Accounts receivable - manual | $8,771.86 | |
| 101110 | Accounts Receivable - unapplied | ($12,051.21) | |
| 101120 | Accounts receivable - vendor credits | ($9,827.27) | |
| | | | $67,694.39 |

#### Inventory

| | | | |
|---|---|---:|---:|
| 101210 | Inventory - Comp Supplies | $3,741.40 | |
| 101230 | Inventory - OEM Supplies | $15,560.53 | |
| 101232 | Inventory - Parts | $15,478.65 | |
| 101252 | Inventory - Printers / Accessories | $7,251.69 | |
| 101256 | Inventory - Copiers / Accessories | $17,240.90 | |
| 101269 | Reserve for obsolete inventory | ($7,179.55) | |
| | | | $52,093.62 |

#### Current Assets

| | | | |
|---|---|---:|---:|
| 101030 | Reserve for Bad Debt | ($11,611.09) | |
| 101102 | Accounts receivable - shareholder | $17,299.73 | |
| 101195 | Note receivable - stockholder | ($42,000.00) | |
| 101300 | Prepaid expenses | $12,735.87 | |
| | | | ($23,575.49) |

**Total Current Assets**     $106,346.11

### Noncurrent Assets

#### Fixed Assets

| | | | |
|---|---|---:|---:|
| 101500 | Autos & trucks | $36,564.65 | |
| 101520 | Office & shop equipment | $5,278.99 | |
| 101540 | Software | $4,711.87 | |
| 101560 | IFS software & consulting | $7,300.00 | |
| 101600 | Accumulated depreciation | ($13,161.72) | |
| | | | $40,693.79 |

#### Noncurrent Assets

| | | | |
|---|---|---:|---:|
| 101700 | Patents & trademarks | $50,000.00 | |
| 101750 | Accumulated amortization - patents | ($47,255.52) | |
| 101800 | Deposits | $2,623.00 | |

| | 101900 | Deferred Tax Asset | $178,931.00 | |
|---|---|---|---|---|
| | | | | $184,298.48 |

**Total Noncurrent Assets**  $224,992.27

**Total Assets**  $331,338.38

## Liabilities & Equity

### Liabilities

#### Current Liabilities

##### Accounts Payable

| | 102000 | Accounts payable - trade | $262,856.89 | |
|---|---|---|---|---|
| | 102010 | Accounts payable - clearing -received not Invoiced | $5,042.49 | |
| | 102020 | Accounts Payable - Uninvoiced RTV's (Returns) | ($437.02) | |
| | | | | $267,462.36 |

##### Current Liabilities

| | 102081 | A/P - Amex corp card | $29,863.70 | |
|---|---|---|---|---|
| | 102222 | Line of credit - Vision Bank | ($16,089.92) | |
| | 102250 | Current portion of long-term debt | $36,739.06 | |
| | 102344 | LT/ST Disability withholding payables | $133.79 | |
| | 102380 | Accrued salaries | $6,156.58 | |
| | 102385 | Accrued salaries & hourly vacation | $18,032.08 | |
| | 102390 | Deferred service contract income | $19,783.08 | |
| | 102400 | Sales tax payable | $4,203.95 | |
| | 102884 | Note Payable - Byzfunder | $52,244.48 | |
| | 102885 | Note Payable - LG Funding | $44,321.84 | |
| | | | | $195,388.64 |

**Total Current Liabilities**  $462,851.00

#### Noncurrent Liabilities

##### Noncurrent Liabilities

| | 102225 | Note Payable - SBA Loan | $1,395,008.06 | |
|---|---|---|---|---|
| | 102877 | Note payable - 2022 Promaster #2 (Silver Lake) | $3,734.61 | |
| | 102880 | Note Payable - CNB | $164,844.73 | |
| | 102881 | Note Payable - Idea Financial | $93,599.72 | |
| | 102882 | Note Payable - F. Gutierrez | $10,000.00 | |
| | 102883 | Note Payable - J. Zimmerman | $10,000.00 | |
| | 102900 | Less: Current portion of long term debt | ($36,739.06) | |
| | | | | $1,640,448.06 |

**Total Noncurrent Liabilities**  $1,640,448.06

**Total Liabilities**  $2,103,299.06

### Equity

#### Equity

##### Capital

| | 103000 | Common stock | $100,000.00 | |
|---|---|---|---|---|
| | 103100 | Additional paid-in capital | $279,774.03 | |

2

| 103300 | Treasury stock | ($12,395.46) | |
|---|---|---|---|
| | | | $367,378.57 |

**Total Equity** $367,378.57

**Retained Earnings**

**Retained Earnings**

| 103200 | Retained earnings | ($1,229,120.20) | |
|---|---|---|---|
| | | | ($1,229,120.20) |

**Net Income/(Loss)**

| *Net Loss* | | ($910,219.05) | |
|---|---|---|---|
| | | | ($910,219.05) |

**Total Retained Earnings** ($2,139,339.25)

**Total Equity** ($1,771,960.68)

**Total Liabilities & Equity** $331,338.38

LCI2 03/14/2025 4:08 PM

# U.S. Corporation Income Tax Return

Form **1120**
Department of the Treasury
Internal Revenue Service

For calendar year 2024 or tax year beginning _____ , ending _____
Go to *www.irs.gov/Form1120* for instructions and the latest information.

**2024**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

**Name** Lasercycle, Inc.

**Number, street, and room or suite no. If a P.O. box, see instructions.** 14849 W 95th St

**City or town, state or province, country, and ZIP or foreign postal code** Lenexa KS 66215

**B Employer Identification number** 20-4381742

**C Date incorporated** 02/27/2006

**D Total assets (see instructions)** $ 404,958

**E Check if:** (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☒ Address change

| | | | |
|---|---|---:|---:|
| **Income** | 1a Gross receipts or sales | 1a | 1,344,668 |
| | b Returns and allowances | 1b | 145 |
| | c Balance. Subtract line 1b from line 1a | 1c | 1,344,523 |
| | 2 Cost of goods sold (attach Form 1125-A) | 2 | 909,313 |
| | 3 Gross profit. Subtract line 2 from line 1c | 3 | 435,210 |
| | 4 Dividends and inclusions (Schedule C, line 23) | 4 | |
| | 5 Interest | 5 | |
| | 6 Gross rents | 6 | |
| | 7 Gross royalties | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| | 10 Other income (see instructions—attach statement) See Stmt 1 | 10 | 165,038 |
| | 11 **Total income.** Add lines 3 through 10 | 11 | 600,248 |
| **Deductions (See instructions for limitations on deductions.)** | 12 Compensation of officers (see instructions—attach Form 1125-E) | 12 | 97,720 |
| | 13 Salaries and wages (less employment credits) | 13 | 127,619 |
| | 14 Repairs and maintenance | 14 | 11,897 |
| | 15 Bad debts | 15 | 118 |
| | 16 Rents | 16 | 37,116 |
| | 17 Taxes and licenses | 17 | 24,485 |
| | 18 Interest (see instructions) | 18 | 98,796 |
| | 19 Charitable contributions See Stmt 2 | 19 | 0 |
| | 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 13,010 |
| | 21 Depletion | 21 | |
| | 22 Advertising | 22 | 1,939 |
| | 23 Pension, profit-sharing, etc., plans | 23 | |
| | 24 Employee benefit programs | 24 | 45,395 |
| | 25 Energy efficient commercial buildings deduction (attach Form 7205) | 25 | |
| | 26 Other deductions (attach statement) See Stmt 3 | 26 | 168,353 |
| | 27 **Total deductions.** Add lines 12 through 26 | 27 | 626,448 |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -26,200 |
| | 29a Net operating loss deduction (see instructions) | 29a | |
| | b Special deductions (Schedule C, line 24) | 29b | |
| | c Add lines 29a and 29b | 29c | |
| **Tax, Refundable Credits, and Payments** | 30 **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | -26,200 |
| | 31 Total tax (Schedule J, line 12) | 31 | 0 |
| | 32 Reserved for future use | 32 | |
| | 33 Total payments and credits (Schedule J, line 23) | 33 | |
| | 34 Estimated tax penalty. See instructions. Check if Form 2220 is attached ☐ | 34 | |
| | 35 Amount owed. If line 33 is smaller than the total of lines 31 and 34, enter amount owed | 35 | |
| | 36 Overpayment. If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | 36 | |
| | 37 Enter amount from line 36 you want: Credited to 2025 estimated tax _____ Refunded | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer Rick Krska    Date _____    Title CEO

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| | |
|---|---|
| Print/Type preparer's name John Scholtes | Preparer's signature John Scholtes |
| Date 03/14/25 | Check ☒ if self-employed |
| PTIN | |
| Firm's name Taylor Group, LLC, CPA's | Firm's EIN 80-0092020 |
| Firm's address 8725 Rosehill Rd Ste 101 Lenexa, KS 66215 | Phone no. 913-236-7979 |

For Paperwork Reduction Act Notice, see separate instructions.
DAA

Form **1120** (2024)

Form 1120 (2024) **Lasercycle, Inc.**　　　　　20-4381742　　　　　Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and Inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Reserved for future use | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2024)

Case 25-21113　Doc# 1　Filed 08/11/25　Page 30 of 64

| Schedule J | Tax Computation and Payment (see instructions) | | | |
|---|---|---|---|---|
| 1a | Income tax (see instructions) | 1a | 0 | |
| b | Tax from Form 1120-L (see instructions) | 1b | | |
| c | Section 1291 tax from Form 8621 | 1c | | |
| d | Tax adjustment from Form 8978 | 1d | | |
| e | Additional tax under section 197(f) | 1e | | |
| f | Base erosion minimum tax from Form 8991 | 1f | | |
| g | Amount from Form 4255, Part I, line 3, column (q) | 1g | | |
| z | Other chapter 1 tax | 1z | | |
| 2 | Total income tax. Add lines 1a through 1z | | 2 | 0 |
| 3 | Corporate alternative minimum tax from Form 4626, Part II, line 13 (attach Form 4626) | | 3 | |
| 4 | Add lines 2 and 3 | | 4 | |
| 5a | Foreign tax credit (attach Form 1118) | 5a | | |
| b | Credit from Form 8834 (see instructions) | 5b | | |
| c | General business credit (see instructions—attach Form 3800) | 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | | |
| e | Bond credits from Form 8912 | 5e | | |
| f | Adjustment from Form 8978 | 5f | | |
| 6 | Total credits. Add lines 5a through 5f | | 6 | |
| 7 | Subtract line 6 from line 4 | | 7 | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | 8 | |
| 9a | Amount from Form 4255, Part I, line 3, column (r) | 9a | | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | | |
| c | Completed long-term contract look-back interest due (attach Form 8697) | 9c | | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | 9d | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | | |
| f | Interest/tax due under section 453A(c) | 9f | | |
| g | Interest/tax due under section 453(l) | 9g | | |
| z | Other (see instructions—attach statement) | 9z | | |
| 10 | Total. Add lines 9a through 9z | | 10 | |
| 11a | Total tax before deferred taxes. Add lines 7, 8, and 10 | 11a | | |
| b | Deferred tax on the corporation's share of undistributed earnings of a qualified electing fund | 11b | | |
| c | Deferred LIFO recapture tax (section 1363(d)) | 11c | | |
| 12 | Total tax. Subtract the sum of lines 11b and 11c from 11a. Enter here and on page 1, line 31 | | 12 | 0 |
| 13 | Preceding year's overpayment credited to the current year | | 13 | |
| 14 | Current year's estimated tax payments | | 14 | |
| 15 | Current year's refund applied for on Form 4466 | | 15 | ( ) |
| 16 | Reserved for future use | | 16 | |
| 17 | Tax deposited with Form 7004 | | 17 | |
| 18 | Withholding (see instructions) | | 18 | |
| 19 | Total payments. Combine lines 13 through 18 | | 19 | |
| 20 | Refundable credits from: | | | |
| a | Form 2439 | 20a | | |
| b | Form 4136 | 20b | | |
| c | Credit for tax withheld under chapter 3 or 4 from Form 1042-S, Form 8805, or Form 8288 (attach the applicable form) | 20c | | |
| z | Other (attach statement—see instructions) | 20z | | |
| 21 | Total credits. Add lines 20a through 20z | | 21 | |
| 22 | Elective payment election amount from Form 3800 | | 22 | |
| 23 | Total payments and credits. Add lines 19, 21, and 22. Enter here and on page 1, line 33 | | 23 | |

Form 1120 (2024)

DAA

Form 1120 (2024) **Lasercycle, Inc.**                                    20-4381742                    Page **4**

| Schedule K | Other Information (see instructions) |
|---|---|

|  |  | Yes | No |
|---|---|---|---|
| **1** | Check accounting method: **a** ☐ Cash **b** ☒ Accrual **c** ☐ Other (specify) ........................................ |  |  |
| **2** | See the instructions and enter the: |  |  |
| **a** | Business activity code no. **454390** |  |  |
| **b** | Business activity **Sales & Service** |  |  |
| **c** | Product or service **Printers & Copiers** |  |  |
| **3** | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ............................ |  | X |
|  | If "Yes," enter name and EIN of the parent corporation ...................................................................... |  |  |
|  | ................................................................................................................................ |  |  |
| **4** | At the end of the tax year: |  |  |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt |  |  |
|  | organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the |  |  |
|  | corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) .............. |  | X |
| **b** | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all |  |  |
|  | classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) ........... | X |  |
| **5** | At the end of the tax year, did the corporation: |  |  |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of |  |  |
|  | any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions .... |  | X |
|  | If "Yes," complete (i) through (iv) below. |  |  |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  | . |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership |  |  |
|  | (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions |  | X |
|  | If "Yes," complete (i) through (iv) below. |  |  |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **6** | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in |  |  |
|  | excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 ........................ |  | X |
|  | If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452. |  |  |
|  | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. |  |  |
| **7** | At any time during this tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all |  |  |
|  | classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? ................ |  | X |
|  | For rules of attribution, see section 318. If "Yes," enter: |  |  |
|  | **(a)** Percentage owned ...................... and **(b)** Owner's country ...................................................... |  |  |
|  | **(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign |  |  |
|  | Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ................................ |  |  |
| **8** | Check this box if the corporation issued publicly offered debt instruments with original issue discount ............................ ☐ |  |  |
|  | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. |  |  |
| **9** | Enter the amount of tax-exempt interest received or accrued during this tax year $ .............................. **0** |  |  |
| **10** | Enter the number of shareholders at the end of the tax year (if 100 or fewer) .... **10** |  |  |
| **11** | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) ................ ☒ |  |  |
|  | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached |  |  |
|  | or the election will not be valid. |  |  |
| **12** | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a) ......... $ **2,163,800** |  |  |

Form **1120** (2024)

DAA

Form 1120 (2024) **Lasercycle, Inc.** 20-4381742 Page **5**

| Schedule K | Other Information *(continued from page 4)* | | Yes | No |
|---|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during this tax year $ | | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | | X |
| | If "Yes," complete and attach Schedule UTP. | | | |
| 15a | Did the corporation make any payments that would require it to file Form(s) 1099? | | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | | X |
| 18 | Did this corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | | X |
| 19 | During this corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | | X |
| 20 | Is the corporation operating on a cooperative basis? | | | X |
| 21 | During this tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | | X |
| | If "Yes," enter the total amount of the disallowed deductions    $ | | | |
| 22 | Does this corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3).) | | | X |
| | If "Yes," complete and attach Form 8991. | | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during this tax year? See instructions | | | X |
| 24 | Does the corporation satisfy one or more of the following? If "Yes," complete and attach Form 8990. See instructions | | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $30 million and the corporation has business interest expense. | | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | X |
| | If "Yes," enter amount from Form 8996, line 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | | X |
| | Percentage: By Vote _____ By Value _____ | | | |
| 27 | At any time during this tax year, did the corporation (a) receive a digital asset (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | | X |
| 28 | Is the corporation a member of a controlled group? | | X | |
| | If "Yes," attach Schedule O (Form 1120). See instructions. | | | |
| 29 | Corporate Alternative Minimum Tax: | | | |
| a | Was the corporation an applicable corporation under section 59(k)(1) in any prior tax year? | | | X |
| | If "Yes," go to question 29b. If "No," skip to question 29c. | | | |
| b | Is the corporation an applicable corporation under section 59(k)(1) in the current tax year because the corporation was an applicable corporation in the prior tax year? | | | X |
| | If "Yes," complete and attach Form 4626. If "No," continue to question 29c. | | | |
| c | Does the corporation meet the requirements of the safe harbor method as provided under section 59(k)(3)(A) for the current tax year? See instructions | | | X |
| | If "No," complete and attach Form 4626. If "Yes," the corporation is not required to file Form 4626. | | | |
| 30 | Is the corporation required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions): | | | |
| a | Under the rules for stock repurchased by a covered corporation (or stock acquired by its specified affiliate)? | | | X |
| b | Under the applicable foreign corporation rules? | | | X |
| c | Under the covered surrogate foreign corporation rules? | | | X |
| | If "Yes" to either 30a, 30b, or 30c, complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | | |
| 31 | Is this a consolidated return with gross receipts or sales of $1 billion or more and a subchapter K basis adjustment, as described in the instructions, of $10 million or more? | | | X |
| | If "Yes," attach a statement. See instructions. | | | |

DAA                                                                                                                          Form **1120** (2024)

Form 1120 (2024) **Lasercycle, Inc.**     20-4381742     Page **6**

| Schedule L | Balance Sheets per Books | (a) Beginning of tax year | (b) | (c) End of tax year | (d) |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash | | 18,116 | | 24,083 |
| 2a | Trade notes and accounts receivable | 86,189 | | 100,069 | |
| b | Less allowance for bad debts | 11,611 | 74,578 | 11,611 | 88,458 |
| 3 | Inventories | | 62,117 | | 51,410 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (att. stmt.) **Stmt 4** | | 8,551 | | 2,623 |
| 7 | Loans to shareholders | | 8,201 | | 11,161 |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach stmt.) | | | | |
| 10a | Buildings and other depreciable assets | 131,236 | | 131,236 | |
| b | Less accumulated depreciation | 62,145 | 69,091 | 85,688 | 45,548 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | 50,000 | | 50,000 | |
| b | Less accumulated amortization | 41,679 | 8,321 | 47,256 | 2,744 |
| 14 | Other assets (attach stmt.) **Stmt 5** | | 178,931 | | 178,931 |
| 15 | Total assets | | 427,906 | | 404,958 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 320,972 | | 227,396 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 36,739 | | 36,739 |
| 18 | Other current liabilities (att. stmt.) **Stmt 6** | | 49,500 | | 51,881 |
| 19 | Loans from shareholders | | 0 | | 42,000 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 1,623,613 | | 1,691,492 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock: **a** Preferred stock | | | | |
| | **b** Common stock | 100,000 | 100,000 | 100,000 | 100,000 |
| 23 | Additional paid-in capital | | 279,774 | | 279,744 |
| 24 | Retained earnings—Appropriated (att. stmt.) | | | | |
| 25 | Retained earnings—Unappropriated | | -1,970,297 | | -2,011,899 |
| 26 | Adjustments to SH equity (att. stmt.) | | | | |
| 27 | Less cost of treasury stock | | 12,395 | | 12,395 |
| 28 | Total liabilities and shareholders' equity | | 427,906 | | 404,958 |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -41,602 | 7 | Income recorded on books this year | |
| 2 | Federal income tax per books | | | not included on this return (itemize): | |
| 3 | Excess of capital losses over capital gains | | | Tax-exempt interest $ | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | | | |
| | | | 8 | Deductions on this return not charged | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | | against book income this year (itemize): | |
| a | Depreciation $ 10,533 | | a | Depreciation $ | |
| b | Charitable contributions $ | | b | Charitable contributions $ | |
| c | Travel and entertainment $ 4,745 | | | | |
| | **Stmt 7** 124 | 15,402 | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | -26,200 | 10 | Income (page 1, line 28)—line 6 less line 9 | -26,200 |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25) |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -1,970,297 | 5 | Distributions: **a** Cash | |
| 2 | Net income (loss) per books | -41,602 | | **b** Stock | |
| 3 | Other increases (itemize): | | | **c** Property | |
| | | | 6 | Other decreases (itemize): | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | -2,011,899 | 8 | Balance at end of year (line 4 less line 7) | -2,011,899 |

Form **1120** (2024)

**SCHEDULE O**
**(Form 1120)**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

# Consent Plan and Apportionment Schedule
# for a Controlled Group

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-FSC, 1120-L, 1120-PC, 1120-REIT, or 1120-RIC.**
▶ **Go to *www.irs.gov/Form1120* for instructions and the latest information.**

OMB No. 1545-0123

| Name | Employer Identification number |
|------|-------------------------------|
| Lasercycle, Inc. | 20-4381742 |

## Part I    Apportionment Plan Information

**1**    Type of controlled group:
**a**    ☐ Parent-subsidiary group
**b**    ☒ Brother-sister group
**c**    ☐ Combined group
**d**    ☐ Life insurance companies only

**2**    This corporation has been a member of this group:
**a**    ☒ For the entire year.
**b**    ☐ From _____ , until _____ .

**3**    This corporation consents and represents to:
**a**    ☐ Adopt an apportionment plan. All the other members of this group are adopting an apportionment plan effective for the current tax year which ends on _____ , and for all succeeding tax years.
**b**    ☐ Amend the current apportionment plan. All the other members of this group are currently amending a previously adopted plan, which was in effect for the tax year ending _____ , and for all succeeding tax years.
**c**    ☐ Terminate the current apportionment plan and not adopt a new plan. All the other members of this group are not adopting an apportionment plan.
**d**    ☐ Terminate the current apportionment plan and adopt a new plan. All the other members of this group are adopting an apportionment plan effective for the current tax year which ends on _____ , and for all succeeding tax years.

**4**    If you checked box 3c or 3d above, check the applicable box below to indicate if the termination of the current apportionment plan was:
**a**    ☐ Elected by the component members of the group.
**b**    ☐ Required for the component members of the group.

**5**    If you did not check a box on line 3 above, check the applicable box below concerning the status of the group's apportionment plan (see instructions).
**a**    ☐ No apportionment plan is in effect and none is being adopted.
**b**    ☐ An apportionment plan is already in effect. It was adopted for the tax year ending _____ , and for all succeeding tax years.

**6**    If all the members of this group are adopting a plan or amending the current plan for a tax year after the due date (including extensions) of the tax return for this corporation, is there at least one year remaining on the statute of limitations from the date this corporation filed its amended return for such tax year for assessing any resulting deficiency? See instructions.
**a**    ☐ Yes.
    *(i)*    ☐ The statute of limitations for this year will expire on _____ .
    *(ii)*    ☐ On _____ , this corporation entered into an agreement with the Internal Revenue Service to extend the statute of limitations for purposes of assessment under _____ .
**b**    ☐ No. The members may not adopt or amend an apportionment plan.

**7**    ☐ If the corporation has a short tax year that does not include December 31, check the box. See instructions.

**For Paperwork Reduction Act Notice, see Instructions for Form 1120.**

Schedule O (Form 1120) (Rev. 12-2018)

DAA

Schedule O (Form 1120) (Rev. 12-2018)  **Lasercycle, Inc.**                    20-4381742                                              Page **2**

**Part II**   **Apportionment**  (See instructions)

| (a) Group member's name and employer identification number | (b) Tax year end (Yr-Mo) | Apportionment | | |
| | | (c) Accumulated earnings credit | (d) Penalty for failure to pay estimated tax | (e) Other |
|---|---|---|---|---|
| 1 **Lasercycle, Inc.** 20-4381742 | 2024-12 | 125,000 | | |
| 2 **InkCycle, Inc.** 48-1146277 | 2024-12 | 125,000 | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| **Total** | | 250,000 | | |

Schedule O (Form 1120) (Rev. 12-2018)

DAA

Form **4626**

Department of the Treasury
Internal Revenue Service

# Alternative Minimum Tax—Corporations

**Attach to your tax return.**
Go to *www.irs.gov/Form4626* for instructions and the latest information.

OMB No. 1545-0123

**2024**

| Name of corporation | Employer identification number (EIN) |
|---|---|
| Lasercycle, Inc. | 20-4381742 |

**A** Is the corporation filing this form a member of a controlled group treated as a single employer under sections 59(k)(1)(D) and 52? .................................................................................................... ☐ Yes ☒ No

If "Yes," the corporation must complete Part V listing the names, EINs, and separate company financial statement income or loss for each member of the controlled group treated as a single employer taken into account in the determination of "applicable corporation" under section 59(k)(1)(D).

**B** Is the corporation filing this form a member of a foreign-parented multinational group (FPMG) within the meaning of section 59(k)(2)(B)? ................................................................................................ ☐ Yes ☒ No

If "Yes," the corporation must complete Part V listing the names, EINs, and separate company financial statement income or loss for each member of the FPMG under section 59(k)(2)(B).

## Part I  Applicable Corporation Determination (Report all amounts in U.S. dollars.)

*If you have already determined in current or prior years you are an applicable corporation, skip Part I and continue to Part II.*

| | | | (a) First Preceding Year Ended 12/31/23 | (b) Second Preceding Year Ended 12/31/22 | (c) Third Preceding Year Ended 12/31/21 |
|---|---|---|---|---|---|
| **1** | Net income or loss per applicable financial statement(s) (AFS) (see instructions): | | | | |
| **a** | Consolidated net income or loss per the AFS of the corporation ...... | 1a | -265,637 | -1,009,248 | -166,944 |
| **b** | Include AFS net income or loss of other includible entities (add net income and subtract net loss) | 1b | | | |
| **c** | Exclude AFS net income or loss of excludible entities (add net loss and subtract net income) ................ | 1c | | | |
| **d** | Adjustment for certain consolidating entries (see instructions) ........ | 1d | | | |
| **e** | Specified additional net income or loss item B. Reserved for future use | 1e | | | |
| **f** | AFS net income or loss of all entities in the test group before adjustments. Combine lines 1a through 1d ...................... | 1f | -265,637 | -1,009,248 | -166,944 |
| **2** | Adjustments (see instructions): | | | | |
| **a** | Financial statements covering different tax years ................... | 2a | | | |
| **b** | Corporations that are not included on the taxpayer's consolidated return ................................................ | 2b | | | |
| **c** | Aggregate pro-rata share of adjusted net income from controlled foreign corporations (CFCs) for which the corporation is a U.S. shareholder. If zero or less, enter -0- (attach Schedule A (Form 4626)) (see instructions for special rules if completing this form for an FPMG) | 2c | | | |
| **d** | Amounts that are not effectively connected to a U.S. trade or business (see instructions for special rules if completing this form for an FPMG) | 2d | ( )( | )( | ) |
| **e** | Certain taxes ............................................. | 2e | | | |
| **f** | Patronage dividends and per-unit retain allocations (cooperatives only) | 2f | | | |
| **g** | Alaska native corporations .................................. | 2g | | | |
| **h** | Certain credits ........................................... | 2h | | | |
| **i** | Mortgage servicing income ................................. | 2i | | | |
| **j** | Tax-exempt entities (organizations subject to tax under section 511) | 2j | | | |
| **k** | Depreciation ............................................. | 2k | | | |
| **l** | Qualified wireless spectrum ................................ | 2l | | | |
| **m** | Covered transactions ...................................... | 2m | | | |
| **n** | Adjustments related to bankruptcy and insolvency ............... | 2n | | | |
| **o** | Certain insurance company adjustments ....................... | 2o | | | |
| **p** | Adjustment P—Reserved for future use ....................... | 2p | | | |
| **q** | Adjustment Q—Reserved for future use ....................... | 2q | | | |
| **r** | Adjustment R—Reserved for future use ....................... | 2r | | | |
| **s** | Adjustment S—Reserved for future use ....................... | 2s | | | |
| **z** | Other .................................................... | 2z | | | |
| **3** | Specified adjustment. Reserved for future use .................. | 3 | | | |
| **4** | Total adjustments. Combine lines 2a through 2z .................. | 4 | | | |
| **5** | AFSI. Combine lines 1f and 4 ................................ | 5 | -265,637 | -1,009,248 | -166,944 |
| **6** | AFSI of first, second, and third preceding tax years. Combine columns (a), (b), and (c) of line 5 .......... | 6 | -1,441,829 | | |
| **7** | 3-year average annual AFSI (see instructions) .................. | 7 | -480,609 | | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **4626** (2024)

DAA

**Lasercycle, Inc.**                                          20-4381742

| Part I | Applicable Corporation Determination (Report all amounts in U.S. dollars.) *(continued)* |
|---|---|

**8**    Is line 7 more than $1 billion?
- [ ] **Yes.** Continue to line 9.
- [X] **No.** STOP here and attach to your tax return.

**9**    Is the corporation a member of an FPMG within the meaning of section 59(k)(2)(B)?
- [ ] **Yes.** Continue to line 10.
- [ ] **No.** Continue to Part II.

| | | | (a) First Preceding Year Ended | (b) Second Preceding Year Ended | (c) Third Preceding Year Ended |
|---|---|---|---|---|---|
| **10** | AFSI for purposes of the $100 million test before adjustments: | | | | |
| **a** | AFSI from line 5 | **10a** | | | |
| **b** | Aggregation differences (see instructions) | **10b** | | | |
| **c** | Total AFSI for purposes of the $100 million test before adjustments. Combine lines 10a and 10b | **10c** | | | |
| **11** | Adjustments: | | | | |
| **a** | Income not effectively connected to a U.S. trade or business | **11a** | | | |
| **b** | Aggregate Pro-rata share of adjusted net income from CFCs for which the corporation is a U.S. shareholder. If zero or less, enter -0- (attach Schedule A (Form 4626)) (see instructions) | **11b** | | | |
| **c** | Reserved for future use—Other adjustments 1 | **11c** | | | |
| **d** | Reserved for future use—Other adjustments 2 | **11d** | | | |
| **12** | Total adjustments. Combine lines 11a and 11b | **12** | | | |
| **13** | Total AFSI for purposes of the $100 million test. Combine lines 10c and 12 | **13** | | | |

| | | | |
|---|---|---|---|
| **14** | AFSI of first, second, and third preceding tax years. Combine columns (a), (b), and (c) of line 13 | **14** | |
| **15** | 3-year average annual AFSI for purposes of the $100 million test | **15** | |

**16**    Is line 15 $100 million or more?
- [ ] **Yes.** Continue to Part II.
- [ ] **No.** STOP here. Attach to your tax return.

Form **4626** (2024)

Case 25-21113    Doc# 1    Filed 08/11/25    Page 38 of 64

| Form **1125-A** | **Cost of Goods Sold** | |
|---|---|---|
| (Rev. November 2024) | | OMB No. 1545-0123 |
| Department of the Treasury<br>Internal Revenue Service | Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.<br>Go to *www.irs.gov/Form1125A* for the latest information. | |

| Name | Employer Identification number |
|---|---|
| Lasercycle, Inc. | 20-4381742 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 62,117 |
| 2 | Purchases | 2 | 796,251 |
| 3 | Cost of labor | 3 | 68,089 |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)          Stmt 8 | 5 | 34,266 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 960,723 |
| 7 | Inventory at end of year | 7 | 51,410 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 909,313 |

**9a** Check all methods used for valuing closing inventory. See instructions.

    **(i)** ☐ Cost

    **(ii)** ☒ Lower of cost or market

    **(iii)** ☐ Other (Specify method used and attach explanation.)

    For certain small business taxpayers, alternative methods of accounting for inventories:

    **(iv)** ☐ Non-incidental materials and supplies method

    **(v)** ☐ AFS method

    **(vi)** ☐ Non-AFS method

**b** Check if there was a writedown of subnormal goods   ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)   ☐

**d** **(i)** If the LIFO inventory method was used for this tax year, enter amount of closing inventory figured under LIFO   **9d(i)**

    **(ii)** If the LIFO inventory method was used for this tax year, enter amount of the closing LIFO Reserve   **9d(ii)**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions   ☒ Yes   ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation   ☐ Yes   ☒ No

**For Paperwork Reduction Act Notice, see instructions.**          Form **1125-A** (Rev. 11-2024)

DAA

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ Attach to Form 1120.

▶ See instructions on page 2.

OMB No. 1545-0123

Name

Lasercycle, Inc.

Employer Identification number (EIN)

20-4381742

**Part I** — **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** — **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| Rick Krska | 7429 | USA | 73.520 |
| Carol Krska | 1536 | USA | 73.520 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**For Paperwork Reduction Act Notice,**
**see the Instructions for Form 1120.**

Schedule G (Form 1120) (Rev. 12-2011)

DAA

LCI2 03/14/2025 4:08 PM

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.

▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

Name

Lasercycle, Inc.

Employer identification number

20-4381742

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 Rick Krska | 7429 | 100.000 % | 73.520 % | % | 12,981 |
| Chad Seal | 5319 | 100.000 % | % | % | 84,739 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers | 2 | 97,720 |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | 4 | 97,720 |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-E** (Rev. 10-2016)

DAA

Form **4562**

Department of the Treasury
Internal Revenue Service

## Depreciation and Amortization
### (Including Information on Listed Property)
Attach to your tax return.
Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2024**

Attachment
Sequence No. **179**

Name(s) shown on return
**Lasercycle, Inc.**

Identifying number
**20-4381742**

Business or activity to which this form relates
**Regular Depreciation**

## Part I — Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 1,220,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 3,050,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2023 Form 4562 | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | 12 | |
| 13 | Carryover of disallowed deduction to 2025. Add lines 9 and 10, less line 12 | 13 | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

## Part III — MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2024 | 17 | 754 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | | |

### Section B—Assets Placed in Service During 2024 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C—Assets Placed in Service During 2024 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |

## Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 12,256 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 13,010 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2024)

DAA

Lasercycle, Inc.                    20-4381742

Form 4562 (2024)

| Part V | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

| 24a | Do you have evidence to support the business/investment use claimed? | [X] Yes | No | **24b** If "Yes," is the evidence written? | [X] Yes | No |
|---|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| See Statement 9 | | % | 113,945 | 61,280 | | | | 12,256 |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | 12,256 | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 | Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | X |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | X |
| 39 | Do you treat all use of vehicles by employees as personal use? | | X |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | X |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | X |
| | **Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles. | | |

| Part VI | Amortization |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2024 tax year (see instructions): | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2024 tax year | | | | 43 | 5,453 |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | 5,453 |

DAA

Form **4562** (2024)

| Form **1120** | **Charitable Contribution Carryover Worksheet** | **2024** |
|---|---|---|
| | For calendar year 2024 or tax year beginning , ending | |

| Name | Employer Identification Number |
|---|---|
| **Lasercycle, Inc.** | **20-4381742** |

| **Contributions** | | Prior Year | | Current Year | | Next Year |
|---|---|---|---|---|---|---|
| Preceding Tax Year | Excess Contributions | Utilized Or Reclassed to NOL | Carryover | Reclassed to NOL (Reg.Sec. 1.170A-11(c)(2)) | Carryovers Utilized | Carryover |
| 5th 12/31/19 | 169 | 169 | | | | |
| 4th 12/31/20 | 297 | | 297 | | | 297 |
| 3rd 12/31/21 | 678 | | 678 | | | 678 |
| 2nd 12/31/22 | 3,152 | | 3,152 | | | 3,152 |
| 1st 12/31/23 | | | | | | |
| Charitable Contribution Carryover To Current Year | | | 4,127 | | | |
| Current Year | 0 | | | | | 0 |
| Charitable Contribution Carryover Available To Next Year | | | | | | 4,127 |

# Net Operating Loss Carryover Worksheet

| Form **1120** | | | | | **2024** |
|---|---|---|---|---|---|
| For calendar year 2024 or tax year beginning , ending | | | | | |

| Name | | | | Employer Identification Number |
|---|---|---|---|---|
| Lasercycle, Inc. | | | | 20-4381742 |

| | | Prior Year | | Current Year | Next Year |
|---|---|---|---|---|---|
| **Preceding Taxable Year** | **Adj. To NOL Inc/(Loss) After Adj.** | **NOL Utilized (Income Offset)** | **Carryovers** | **Income Offset By NOL Carryback/ Carryover NOL Utilized** | **Carryover** |
| 20th 12/31/04 | | | | | |
| 19th 12/31/05 | | | | | |
| 18th 12/31/06 | -259,576 | 259,576 | | | |
| 17th 12/31/07 | -24,813 | 24,813 | | | |
| 16th 12/31/08 | -27,553 | 27,553 | | | |
| 15th 12/31/09 | -7,375 | 1,873 | 5,502 | | 5,502 |
| 14th 12/31/10 | | | | | |
| 13th 12/31/11 | 23,258 | -23,258 | | | |
| 12th 12/31/12 | -55,162 | | 55,162 | | 55,162 |
| 11th 12/31/13 | -3,055 -32,068 | | 32,068 | | 32,068 |
| 10th 12/31/14 | 30,553 | -30,553 | | | |
| 9th 12/31/15 | -5,085 -316,934 | | 316,934 | | 316,934 |
| 8th 12/31/16 | 50,853 | -50,853 | | | |
| 7th 12/31/17 | -3,092 -67,217 | | 67,217 | | 67,217 |
| 6th 12/31/18 | -3,146 | | 3,146 | | 3,146 |
| 5th 12/31/19 | 30,918 | -30,918 | | | |
| 4th 12/31/20 | -229,530 | | 229,530 | | 229,530 |
| 3rd 12/31/21 | -230,947 | | 230,947 | | 230,947 |
| 2nd 12/31/22 | -971,022 | | 971,022 | | 971,022 |
| 1st 12/31/23 | -252,272 | | 252,272 | | 252,272 |
| NOL Carryover Available To Current Year | | | 2,163,800 | | |
| Current Year | 0 -26,200 | | | | 26,200 |
| NOL Carryover Available To Next Year | | | | | 2,190,000 |

Current year net operating losses available to be utilized:

Aggregate amount of NOL arising in taxable years beginning before 1/1/18 (Pre TCJA NOL)    476,883

Aggregate amount of NOL arising in taxable years beginning after 12/31/17 (Post TCJA NOL)    1,686,917

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other _____ | $631,167.35 |
| For prior year:<br>From 1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $1,509,405.67 |
| For year before that:<br>From 1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $1,630,112.82 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Avalara, Inc.<br>255 S King St, Ste 1800<br>Seattle, WA 98104 | 5/13/2025 -<br>$4,355.22<br>5/27/2025 -<br>$1,354.19<br>6/12/2025 -<br>$2,520.60<br>6/25/2025 -<br>$1,521.63<br>7/14/2025 -<br>$8,574.26<br>7/24/2025 -<br>$1,521.63<br>6/25/2025<br>7/14/2025<br>7/24/2025 | $19,847.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. Byzfunder NY LLC<br>530 7th Ave Floor M1<br>New York, NY 10018 | 5/2/2025 -<br>$2,215.91<br>5/9/2025 -<br>$2,215.91<br>5/16/2025 -<br>$2,215.91<br>5/23/2025 -<br>$2,215.91<br>5/30/2025 -<br>$2,215.91<br>6/6/2025 -<br>$2,215.91<br>6/13/2025 -<br>$2,215.91<br>6/20/2025 -<br>$2,215.91<br>6/27/2025 -<br>$2,215.91<br>7/7/2025 -<br>$2,215.91<br>7/11/2025 -<br>$2,215.91<br>7/18/2025 -<br>$2,215.91 | $26,590.92 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. American Express<br>20500 Belshaw Ave<br>CPS Remittance Processing - Suite A<br>Carson, CA 90746 | 5/28/2025 -<br>$6,201.70<br>6/27/2025 -<br>$4,200.60<br>7/25/2025 -<br>$6,436.33 | $16,838.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. Emerald Prairie Health<br>9652 Loiret Blvd<br>Lenexa, KS 66219 | 5/13/2025 -<br>$3,390.29<br>5/13/2025 -<br>$3,180.78<br>6/23/2025 -<br>$4,000.00<br>7/8/2025 -<br>$5,351.86 | $15,922.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other_Payment for Bookkeeper_ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.5. | ECI Software Solutions, Inc. POBox 737466 Dallas, TX 75373-7466 | 5/2/2025 - $2,581.73 6/3/2025 - $2,581.73 7/2/2025 - $2,581.73 | $7,745.19 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other Software |
| 3.6. | HBM Kansas Industrial No. 1 4520 Main St #1000 Kansas City, MO 64111 | 5/16/2025 - $3,762.00 6/12/2025 - $3,762.00 7/9/2025 - $3,762.00 | $11,286.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. | Idea Financial 800 North West 62nd Ave Miami, FL 33126 | 5/6/2025 - $2,110.96 5/13/2025 - $2,110.96 5/20/2025 - $2,110.96 5/27/2025 - $2,110.96 6/3/2025 - $2,110.96 6/10/2025 - $2,110.96 6/17/2025 - $2,110.96 6/24/2025 - $2,110.96 7/1/2025 - $2,110.96 7/8/2025 - $2,110.96 7/15/2025 - $2,110.96 7/22/2025 - $2,110.96 | $25,331.52 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.8. | Laser Pros International PO Box 854 Rhinelander, WI 54501-0854 | 5/2/2025 - $1210.97 5/16/2025 - $671.96 5/23/2025 - $1,985.47 6/12/2025 - $1,296.95 6/23/2025 - $1,006.72 7/11/2025 - $1,867.83 | $8,039.90 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9.  LG Funding | 6/18/2025 - $1,688.00 6/25/2025 - $1,688.00 7/2/2025 - $1,688.00 7/9/2025 - $1,688.00 7/16/2025 - $1,688.00 7/23/2025 - $1,688.00 | $10,128.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10.  Supplies Wholesalers PO Box 604103 Charlotte, NC 28260-4103 | 4/30/2025 - $1,666.11 5/6/2025 - $1,929.45 5/12/2025 - $2,552.35 5/21/2025 - $1,439.64 6/10/2025 - $2,373.67 6/20/2025 - $2,703.70 6/27/2025 - $1,286.60 7/2/2025 - $3,306.21 7/18/2025 - $675.00 7/25/2025 - $1,197.68 | $19,130.44 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11.  Distribution Management PO Box 958381 Saint Louis, MO 63195-8381 | 5/2/2025 - $5,819.61 5/9/2025 - $21,375.60 5/16/2025 - $6,997.89 5/22/2025 - $5,803.88 5/29/2025 - $4,658.38 6/11/2025 - $21,127.55 6/20/2025 - $7,349.23 6/27/2025 - $5,234.18 7/7/2025 - $7,406.68 7/9/2025 - $10,578.69 7/15/2025 - $11,918.34 7/18/2025 - $3,966.11 7/25/2025 - $8,994.55 | $121,230.69 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.12. Community National Bank<br>11120 W 135th St<br>Overland Park, KS 66221 | 5/5/2025 -<br>$911.54<br>5/5/2025 -<br>$3,110.83<br>6/2/2025 -<br>$3,110.83<br>6/3/2025 -<br>$911.54<br>6/11/2025 -<br>$10.00<br>7/2/2025 -<br>$3,110.83<br>7/3/2025 -<br>$911.54 | $12,077.11 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Idea Financial - UCC Notice sent to all customers redirecting funds of the Debtor to Idea Financial | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | University Academy<br>6801 Holmes Road<br>Kansas City, MO 64131 | Cash Donation | 4/26/2025 | $1,040.18 |
| | **Recipients relationship to debtor**<br>None | | | |
| 9.2. | Rose Brooks Center<br>PO Box 8619<br>Kansas City, MO 64114 | Cash Donation | 4/27/2025 | $1,000.00 |
| | **Recipients relationship to debtor**<br>None | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 8/01/2025 $7,500.00 8/08/2025 $7,500.00 8/11/2025 $1,738.00 | |
| | Evans and Mullinix PA 7225 Renner Rd  Ste 200 Shawnee, KS 66217-3043 | Filing Fee & Attorney Fees | | $16,738.00 |

Email or website address

Who made the payment, if not debtor?

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

   | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
   |---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

   | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
   |---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☑ None

   | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
   |---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☑ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | John Scholtes<br>Taylor Group LLC<br>8725 Rosehill Road, Suite 101<br>Lenexa, KS 66215 | 2000 - Present |
| 26a.2. | Julie Allen<br>14849 W 95th St<br>Lenexa, KS 66215 | 2018 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26b.1. John Scholtes<br>Taylor Group, LLC.<br>8725 Rosehill Road, Suite 101<br>Lenexa, KS 66215 | 2000 - Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|
| 26c.1. Taylor Group, LLC.<br>8725 Rosehill Rd, Suite 101<br>Lenexa, KS 66215 | |
| 26c.2. Julie Allen<br>14849 W 95th St<br>Lenexa, KS 66215 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|------------------|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Rick Krska | 12555 South Gardner Road<br>Olathe, KS 66061 | CEO | 81% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Rick Krska<br>12555 South Gardner Road<br>Olathe, KS 66061 | To be amended | Various | Salary |
| | Relationship to debtor<br>CEO | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 11, 2025

/s/ Rick Krska                                               Rick Krska
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Kansas

In re  LaserCycle, Inc.                                            Case No.
                                        Debtor(s)                  Chapter      11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................  $ _____ Hourly

    Prior to the filing of this statement I have received ............................  $ _____ 15,000.00

    Balance Due ...........................................................................  $ _____ Hourly

2.  $ 1,738.00   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor       ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other
        adversary proceedings, reaffirmations and redemptions.

        Conversion to another chapter.

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_____                /s/ Colin N. Gotham
*Date*                                             Colin Gotham KS#19538; MO#52343
                                                   *Signature of Attorney*
                                                   Evans & Mullinix, P.A.
                                                   7225 Renner Road, Suite 200
                                                   Shawnee, KS 66217
                                                   (913) 962-8700  Fax: (913) 962-8701
                                                   cgotham@emlawkc.com
                                                   *Name of law firm*

Accelerent KC, LC
19309 Winneade Dr, Suite 321
Leesburg, VA 20176


Access Control Devices, Inc.
403 N Main St
Benton, AR 72015


American Express
PO Box 981540
El Paso, TX 79998-1540


Arlington Industries
PO Box 601029
Charlotte, NC 28260-1029


AT&T
PO Box 6463
Carol Stream, IL 60197


Avalara
255 S King St, Suite 1800
Seattle, WA 98104


Brother International Corporation
PO Box 120456 - Dept 0456
Dallas, TX 75312


Byzfunder NY LLC
530 7th Ave Floor M1
New York, NY 10018


Community National Bank
11120 W 135th St
Overland Park, KS 66221


Distribution Management
PO Box 958381
Saint Louis, MO 63195-8381


ECI Software Solutions, Inc.
POBox 737466
Dallas, TX 75373-7466

Genesis Technologies
PO Box 1144
Bedford Park, IL 60499


HBM Kansas Industrial No. 1
4520 Main St #1000
Kansas City, MO 64111


Idea Financial
800 North West 62nd Ave
Miami, FL 33126


Johnson Controls Secutity Solutions LLC
PO Box 371967
Pittsburgh, PA 15250-7967


Laser Pros International
PO Box 854
Rhinelander, WI 54501-0854


LG Funding
1218 Union Street
Brooklyn, NY 11225


Rick Krska
12555 South Gardner Road
Olathe, KS 66061


Shore Tire Co, Inc. (Telle Tire & Auto)
9300 Marshall Drive
Lenexa, KS 66215


Silver Lake Bank
7206 College Blvd
Overland Park, KS 66210


Small Business Adminstration
PO Box 3918
Portland, OR 97208-3919


Supplier Solutions, Inc.
PO Box 4928
Manassas, VA 20108

TD Synnex Corporation
5845 Collections Center Dr
Chicago, IL 60693


The Jath Group, Inc DBA Jan-Pro Cleaning
PO Box 9258
Mission, KS 66201


The Travelers Insurance Company
CL Temittance Center
PO Box 660317
Dallas, TX 75266-0317

# United States Bankruptcy Court
## District of Kansas

In re   LaserCycle, Inc.             Case No. _____

                  Debtor(s)     Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   August 11, 2025         /s/ Rick Krska
                                Rick Krska/CEO
                                Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re   LaserCycle, Inc.
        Debtor(s)

Case No. _____
Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Rick Krska<br>12555 South Gardner Road<br>Olathe, KS 66061 | | 81% | |
| Robert Ehlers<br>4716 Titchborne Circle<br>Sarasota, FL 34231 | | 19% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   August 11, 2025

Signature   /s/ Rick Krska
              Rick Krska

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Kansas

In re    LaserCycle, Inc.                            Case No. _____

                         Debtor(s)         Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   LaserCycle, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| August 11, 2025 | /s/ Colin Gotham |
| Date | Colin Gotham KS#19538; MO#52343 |
| | Signature of Attorney or Litigant |
| | Counsel for    LaserCycle, Inc. |
| | Evans & Mullinix, P.A. |
| | 7225 Renner Road, Suite 200 |
| | Shawnee, KS 66217 |
| | (913) 962-8700 Fax:(913) 962-8701 |
| | cgotham@emlawkc.com |